**Opinion issued October 31, 2019.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00750-CV

————————————

**NATIONAL HEALTH FINANCE DM, LLC, Appellant**

**V.**

**ARNOLD & ITKIN, LLP, Appellee**

On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2019-17114A

## MEMORANDUM OPINION

Appellant, National Health Finance DM, LLC, has filed an unopposed motion to dismiss the appeal, representing that the parties have reached a settlement of the matter. We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.